# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Debtor | Chapter 11 <br><br> Case No. 17-12560 (BLS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG <br><br> Plaintiff. <br><br> vs. <br><br> GREGG W. BUTLER <br><br> Defendant. | Adv. Proc. No.: 19-50958 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK   )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]   Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

-1-

2. On January 5, 2021, I caused to be served the "**Order Assigning Adversary Proceeding to Mediation and Appointing Mediator**," dated January 5, 2021, [Docket No. 29] by causing a true and correct copy to be delivered via electronic mail to: *GREGGWBUTLER@YAHOO.COM* (a defendant party).

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
6th day of January, 2021
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021