UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| Woodbridge Group of Companies, LLC | ) Case No. 17-12560-BLS |
| | ) |
| Debtor(s) | ) Adv. Proc. No. 19-50958-BLS |
| | ) |
| Michael Goldberg | ) |
| | ) MEDIATION STATUS REPORT |
| Plaintiff(s) | ) |
| | ) |
| v. | ) |
| Gregg W. Butler | ) |
| Defendant(s) | ) |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than May 31, 2021 *(insert date)* for the following reason(s):

    _____ A mediation session is scheduled to occur on _____.

    __✔__ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____ OTHER:

Dated: January 18, 2021

*Signature of Mediator*

Leslie A. Berkoff
**Name of Mediator**
400 Garden City Plaza
**Mailing Address**
Garden City, NY 11530
**City, State, Zip Code**
516-873-2000
**Phone No.**

cc: Counsel of Record
    Pro Se Parties

(9-24-04)