# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GREGG W. BUTLER,<br><br>　　　　　　　Defendant | Adversary Proceeding<br>Case No.: 19-50958 (JKS)<br><br>**Ref Docket. No. 56** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO　　　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF FRANKLIN　)

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

2. On February 1, 2022, I caused to be served the "Notice of Filing of [Proposed] Final Pretrial Order" dated February 1, 2022, [Docket No. 56], by causing a true and correct copy to be delivered via electronic mail to: *greggwbutler@yahoo.com.*

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
2nd day of February, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024