# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adv. Proc. No.: 19-50958 (JKS) |
| vs. | **Ref Docket No. 64** |
| GREGG W. BUTLER, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2022, I caused to be served the "Certification of Counsel Regarding Entry of Judgment" dated February 18, 2022, [Docket No. 64], by causing a true and correct copy to be:

    i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Gregg W. Butler, 570 East 900 S., Orem, Utah 84097-7159*, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

-1-

    ii.    delivered via electronic mail to the following party: *greggwbutler@yahoo.com.*

2. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        */s/ Angela Chachoff*
        Angela Chachoff

Sworn to before me this
21st day of February, 2022
*/s/  Andrea R. Speelman*

Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024