# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                          Plaintiff,<br><br>                          vs.<br><br>GREGG W. BUTLER,<br><br>                          Defendant. | Adversary Proceeding<br><br>Case No. 19-50958 (JKS) |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2023, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated October 24, 2023, a copy of which is annexed hereto as <u>Exhibit A</u>, by causing a true and correct copy to be delivered via electronic mail to: *rcadwallader@kmclaw.com*.

                                                                     */s/ Arnold Nguyen*
                                                                     Arnold Nguyen

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

**EXHIBIT A**

Case 19-50958-JKS    Doc 84    Filed 11/18/23    Page 2 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding |
| | Case No. 19-50958 (JKS) |
| Plaintiff, | |
| vs. | |
| GREGG W. BUTLER, | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and Amy Carlson, an authorized representative of Gregg W. Butler (deceased) and Gregg W. Butler's estate (together, the "Parties"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Procedure to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: October 24, 2023 | Dated: October 24, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | KIRTON McCONKIE PC |
| */s/ Colin R. Robinson* | */s/ Ryan C. Cadwallader* |
| Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>　　　　acaine@pszjlaw.com<br>　　　　crobinson@pszjlaw.com | Ryan C. Cadwallader (UT Bar No. 13661)<br>36 S. State Street, Suite 1900<br>Salt Lake City, UT 84111<br>Telephone: (801) 328-3600<br>Facsimile: (801) 321-4893<br>Email: rcadwallader@kmclaw.com<br><br>*Counsel to Amy Carlson, an authorized representative of Defendant, Gregg W. Butler (deceased) and Gregg W. Butler's estate* |
| *Counsel to Plaintiff* | |